| | | |
|---|---|---|
| | UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | JS-6 |

CIVIL MINUTES - GENERAL

| Case No. | CV 16-523-DMG (SSx) | Date | August 23, 2016 |
|---|---|---|---|
| Title | *Ana Aguirre, et al. v. Gentry Real Estate Group, Inc., et al.* | | |

Present: The Honorable    DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NONE PRESENT |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:**    IN CHAMBERS - ORDER AND NOTICE TO PARTIES

      In light of the parties' stipulation to dismiss action filed on August 23, 2016 [Doc. # 23], the Court hereby **DISMISSES** this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). All scheduled dates and deadlines are VACATED.

IT IS SO ORDERED.